RUBIN YOSKOWITZ and Another, as Administrators, etc., Respondents, v. MAX BESUNDER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

JOHN C. PRENDERGAST and Another, Appellants, v. CORD-MEYER COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

ADAM FRANK, Appellant, v. HERBERT B. GRUBER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

JAMES MCCLENAHAN, as Substituted Trustee, etc., Appellant, v. EUGENIE VIOLA HILL FERRIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELIZA DUNHAM (now Deceased) and HELEN V. KELCHNER, Appellant, Respondent, as Executrices, etc. GEORGIA DUNHAM KELCHNER, Respondent, Appellant.— Decree affirmed, with costs to all parties appearing, payable out of the estate. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MUNICIPAL RAILWAY CORPORATION, Appellant, v. LAWSON PURDY and Others, Commissioners of Taxes and Assessments, etc., of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MARY OAKES KITCHEN, Respondent, v. KARL K. KITCHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CHARLES F. GARRIGUES COMPANY, Respondent, v. CASUALTY COMPANY OF AMERICA, Defendant. WILLIAM H. STINER and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements, on Bauer v. Dewey (166 N. Y. 402). Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Scott and Page, JJ., dissented.

FRANCES HEIMAN, Respondent, v. ALFRED W. KIDDLE, as Executor, etc., Appellant, Impleaded with Others as Executors, etc.— Order modified as stated in order and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Estate of CHARLES LOWEN, Deceased. HENRY H. DREYER, One of the Executors and Trustees, etc., Appellant; ISABELLE G. LOWEN, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

BERKSHIRE APARTMENT ASSOCIATION, Respondent, v. LOUIS R. TAYLOR and Another, Individually, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.